**E-FILED**
Monday, 29 September, 2008  10:32:20 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | | |
|---|---|---|
| ANNETTE S. MCCABE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  08-CV-1113 |
| | ) | |
| LIBRARY STORE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

On August 19, 2008, Defendant filed a Combined Motion to Dismiss the Complaint and, Alternatively, to Strike Plaintiff's Prayer for Compensatory and Punitive Damages (d/e 8) with an accompanying memorandum of law (d/e 9).  The motion to dismiss bears a certificate of service to *pro se* Plaintiff of August 19, 2008.  Also on August 19, 2008, the Office of Clerk sent a Notice of Filing (d/e 11) to *pro se* Plaintiff advising a response was due within fourteen days.  On September 15, 2008, this Court issued a docket entry directing Plaintiff to file a written response to the motion to dismiss on or before September 23, 2008.  As of this date, Plaintiff has not responded to Defendant's motion to dismiss.

Local Rule 7.1(B)(2) directs that a party opposing a motion must file a response to any motion, other than motion for summary judgment, within 14 days of receipt of the motion.   On September 5, 2008, Plaintiff's response time to the motion to dismiss lapsed.  The Court, by the September 15, 2008 docket entry, extended the response time to September 23, 2008.   Local Rule 7.1(B)(2) further provides that if no response is timely filed, the presiding judge will presume there is no opposition to the motion and may rule without further notice to the parties.

As of this date, Plaintiff has failed to comply with Local Rule 7.1(B)(2).  The Court recommends that Defendant's Combined Motion to Dismiss the Complaint and, Alternatively, to Strike Plaintiff's Prayer for Compensatory and Punitive Damages (d/e 8) be allowed, or alternatively, based upon the history of the litigation, the Court recommends that this matter be dismissed with prejudice for want of prosecution.

The parties are advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within ten working days after being served with a copy of this Report and Recommendation.  See 28 U.S.C. § 636(b)(1).  Failure to file a timely objection will constitute a waiver of objections on appeal.  Video Views,

<u>Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986).  See Local

Rule 72.2.


ENTER:   September 29, 2008


FOR THE COURT:           *s/ Byron G. Cudmore*

_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE