E-FILED
Tuesday, 28 October, 2008  09:22:56 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| ANNETTE S. McCABE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 08-CV-1113 |
| LIBRARY STORE, INC., | ) |
| Defendant. | ) |

## O R D E R

On September 29, 2008, Magistrate Judge Byron G. Cudmore filed a Report and Recommendation in the above captioned case, recommending that Defendant's Motion to Dismiss the Complaint and, Alternatively, to Strike Plaintiff's Prayer for Compensatory and Punitive Damages [#8] be allowed, or alternatively, that the matter be dismissed with prejudice for want of prosecution.  More than ten (10) days have elapsed since the filing of the Report & Recommendation, and no objection has been made.  See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Lockert v. Faulkner, 843 F.2d 1015 (7th Cir. 1988); and Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986).  See Local Rule 72.2.  Therefore, the parties have waived any such objection.  Id.

The Court concurs with the analysis of the Magistrate Judge and finds that Plaintiff has not taken the necessary steps to prosecute this case.  As set forth in the Magistrate Judge's Report and Recommendation, Defendant filed a Motion to Dismiss on August 19, 2008 and Plaintiff has yet to file a response to this dispositive motion.  Local Rule 7.1(B)(2)

provides that if no response is timely filed, the presiding judge will presume there is no opposition to the motion and may rule without further notice to the parties.

Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation [#12]. The Court GRANTS Defendant's Motion to Dismiss the Complaint and, Alternatively, to Strike Plaintiff's Prayer for Compensatory and Punitive Damages [#8]. The above-captioned case is DISMISSED with prejudice for lack of prosecution.

ENTERED this 27th day of October, 2008.

        s/ Michael M. Mihm
        Michael M. Mihm
        United States District Judge